1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA, | Case No.  1:14-cv-00599-SAB |
| Plaintiff, | |
| | ORDER TO SHOW CAUSE |
| v. | FOURTEEN DAY DEADLINE |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

On April 24, 2014, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits.   On April 29, 2014, the Court issued a scheduling order and on August 20, 2014 an informational order for pro se litigants issued.  (ECF Nos. 6, 11).  The scheduling order states that within 95 days from the filing of the administrative record, Plaintiff shall file an opening brief.  Further, the informational order for pro se litigants informed Plaintiff that if the parties did not agree to remand the case, she was required to file a formal brief as directed in the scheduling order.  Further, Plaintiff was warned that the failure to timely file an opening brief would result in this action being dismissed.  (ECF No. 11.)

Defendant lodged the Social Security administrative record on December 1, 2014.   (ECF No. 12.)  More than 95 days have passed and Plaintiff has not filed an opening brief nor sought an

1

extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within fourteen (14) days of the date of service of this order.  Failure to comply with this order to show cause shall result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **March 11, 2015**

UNITED STATES MAGISTRATE JUDGE

2